UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROME L. GRIMES,

         Plaintiff,

    v.

PRESTO OIL CHAGE, et al.,

         Defendants.

Case No. 25-cv-07945-EMC

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

Re: ECF No. 2, 3

Plaintiff Jerome L. Grimes filed this *pro se* civil rights complaint on November 5, 2025. ECF No. 1. The complaint is largely unintelligible, but appears to name defendants located in Homer, Louisiana and complain about events that took place there. *See id.* at 3. Homer, Louisiana is located within the Western District of Louisiana. *See* 28 U.S.C. § 98(c). Venue is therefore appropriate in that district. 28 U.S.C. § 1391(b)(1), (b)(2). This matter is therefore **DISMISSED WITHOUT PREJUDICE** to Grimes filing his case in the appropriate venue. The Clerk shall terminate all pending motions, close the file, and send Grimes a copy of his complaint with his copy of this order.

    **IT IS SO ORDERED.**

Dated: January 28, 2026

_____
EDWARD M. CHEN
United States District Judge

United States District Court
Northern District of California